# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 17, 2023

Lyle W. Cayce
Clerk

No. 22-40712
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUIS MASCARENAS-JARAMILLO,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:18-CR-1422-4

———————————

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

　　The attorney appointed to represent Luis Mascarenas-Jaramillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mascarenas-Jaramillo has filed a timely response including a request for an extension of time to file a further response and an untimely

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-40712

response raising only issues beyond the scope of the remand in this case. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mascarenas-Jaramillo's timely response. Mascarenas-Jaramillo's request for an extension of time to file an additional response is DENIED. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.